RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Alfredo Adame-Calvillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00040-KJD-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| ALFREDO ADAME-CALVILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Alfredo Adame-Calvillo, that the Sentencing hearing currently scheduled for April 5, 2022 at 10:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to go over mitigation evidence and prepare with Mr. Adame and his family for the sentencing hearing.

2.     The defendant is incarcerated and does not object to the continuance.

3.     The parties agree to the continuance.

1      This is the first stipulation to continue filed herein.

2      DATED this 29th day of March 2022.

3

4    RENE L. VALLADARES        CHRISTOPHER CHIOU
       Federal Public Defender         Acting United States Attorney

5

6    By */s/ Katherine Tanaka*        By */s/ Allison Reese*
       KATHERINE TANAKA           ALLISON REESE

7    Assistant Federal Public Defender    Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00040-KJD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ALFREDO ADAME-CALVILLO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for April 5, 2022, at the hour of 10:30 a.m., be vacated and continued to June 7, 2022 at the hour of 10:30 a.m..

DATED this 29th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3